AUGUST DECK, APPELLANT, v. PETER KAUTZ ET AL., APPELLEES.

FILED DECEMBER 14, 1911.    No. 16,577.

Intoxicating Liquors: ACTION ON BOND: COSTS. In an action for damages on a saloon-keeper's bond, a plaintiff is not entitled to recover his costs if the verdict in his favor is less than $200. *Rosenbaum v. Dunston*, 16 Neb. 111.

APPEAL from the district court for Wayne county: ANSON A. WELCH, JUDGE. *Affirmed.*

*William V. Allen* and *William L. Dowling,* for appellant.

*H. E. Siman* and *Sullivan & Rait, contra.*

LETTON, J.

The plaintiff recovered a verdict and judgment for $74.30 in an action on a saloon-keeper's bond. He moved the district court for a judgment for his costs. This motion was overruled, and it was ordered that each party pay his own costs. From this order plaintiff appeals.

The only point we think involved was settled in *Rosenbaum v. Dunston,* 16 Neb. 111. We are content to adhere to the rule announced therein.

The judgment of the district court is

AFFIRMED.

ROSE, J., not sitting.